1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LAUREN CUSICK, Bar #257570
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

6  Attorneys for Defendant
   CARLEE WALTON

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,      ) No.  Cr.S. 09-135-EFB
                                  )
11              Plaintiff,        ) STIPULATION AND ORDER TO VACATE
                                  ) COURT TRIAL AND SCHEDULE
12      v.                        ) ARRAIGNMENT ON SUPERSEDING
                                  ) INFORMATION
13 CARLEE WALTON,                 )
                                  ) Judge: Hon. Edmund F. Brennan
14              Defendant.        ) Date:  August 31, 2009
   _____) Time:  10:00 a.m.

16      The United States of America, through MATTHEW STEGMAN, Assistant

17 United States Attorney, together with defendant, CARLEE WALTON, by

18 Assistant Federal Defender, LAUREN CUSICK, Office Of The Federal

19 Defender, stipulate to vacate the court trial set for August 3, 2009 and

20 set this case for arraignment on a forthcoming superseding information on

21 August 31, 2009, at 10:00 a.m.

28      STIPULATION AND PROPOSED ORDER           1

1     The parties agree that the Court may set the court trial following
2 the new arraignment.

4 Dated: July 31, 2009                     Respectfully submitted,

5                                       DANIEL J. BRODERICK
                                      Federal Defender

7                                       /s/ Lauren D. Cusick
                                      _____
                                      LAUREN D. CUSICK
8                                       Assistant Federal Defender

9 Dated: July 31, 2009                       LAWRENCE G. BROWN
                                      Acting United States Attorney

11                                       /s/ Lauren Cusick for
                                      _____
                                      MATTHEW STEGMAN
12                                       Assistant U.S. Attorney

**O R D E R**

15 IT IS SO ORDERED.

16 Dated: August 3, 2009.

                                      _____
                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER        2