```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LAUREN CUSICK, Bar #257570
   Assistant Federal Defender
3  Designated Counsel for Service
   DAVID WIKSELL
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorney for Defendant
8  CARLEE WALTON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Mag. No. 09-0135 EFB |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION AND ORDER** |
| ) | |
| CARLEE WALTON, ) | |
| ) | Date:  October 13, 2009 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Edmund F. Brennan |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through MATTHEW STEGMAN, Assistant U.S. Attorney, and defendant, CARLEE WALTON, by and through her counsel, LAUREN CUSICK, Assistant Federal Defender, that the court trial set for October 13, 2009 at 10:00 a.m. be vacated and reset to a change of plea and sentencing on November 16, 2009 at 10:00 a.m. The parties will file sentencing memoranda by November 11, 2009.

1   The reason for this continuance is to allow the parties to file
2   written memoranda prior to sentencing.

4   Dated:   October 13, 2009
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Lauren D. Cusick
                                        LAUREN D. CUSICK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        CARLEE WALTON


12  DATED: October 13, 2009             LAWRENCE G. BROWN
                                        United States Attorney



                                        /s/ Matthew Stegman
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff



                             **O R D E R**

    **IT IS SO ORDERED.**

    DATED: October 14, 2009.

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE

-2-