```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  Linda Harter, Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    JAMIE HANSEN
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorney for Defendant
 8  CARLEE WALTON

 9

10
                   IN THE UNITED STATES DISTRICT COURT
11
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
    UNITED STATES OF AMERICA,    ) Mag. No. 09-135 EFB
15                               )
                   Plaintiff,    )
16                               ) STIPULATION AND ORDER TO VACATE
         v.                      ) AND RESET CONTROL DATE
17                               )
    CARLEE WALTON,               )
18                               )
                   Defendant.    ) Date:  January 10, 2011
19                               ) Time:  10:00 a.m.
    _____ ) Judge: Hon. Edmund F. Brennan
20

21

22
    The United States of America, through Matthew Stegman, Assistant United
23
    States Attorney, together with defendant, Carlee Walton, by counsel
24
    Linda Harter, Chief Assistant Federal Defender, stipulate to vacate the
25
    control date set for January 10, 2011 to provide proof of completion
26
    ///
27
    ///
28
```

of sentenced community service hours, and reset the control date for January 31, 2011 at 10:00 am.

Dated:   November 2, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ Linda Harter
LINDA HARTER
Assistant Federal Defender
Attorney for Defendant
CARLEE WALTON


Dated:  November 2, 2010         BENJAMIN B. WAGNER
                                 United States Attorney


                                 /s/ Matthew C. Stegman
                                 MATTHEW C. STEGMAN
                                 Assistant U.S. Attorney


                              ORDER

IT IS SO ORDERED.

Dated:   November 2, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER                  -2-